**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**IN RE RONALD JOSEPH BIRINGER:**                    **Civil No.: 3:09MC4**

**REPLY OF R. J. BIRINGER CONSTRUCTION CO. INC. TO PETITIONER**
**SHEARIN'S MOTION TO UNSEAL FILE**

Comes now R. J. Biringer Construction Co., Inc., by counsel, and for its response to the

*Memorandum Describing and Explaining Information Sought Regarding the Prosecution of*

*Ronald J. Biringer* filed on behalf of Tyquan Shearin ("Shearin") in support of the Motion to

Unseal previously filed herein, states the following:

1.    It agrees that R. J. Biringer Construction Co., Inc. ("Biringer Construction") is a

named defendant in three separate civil state court actions in the Circuit Court of the City of

Richmond as set forth in the Motion to Unseal.  Ronald J. Biringer ("Biringer") is the president

of Biringer Construction and an owner.

2.    Mr. Biringer has not been named individually as a defendant in any the state court

civil actions and has not entered an appearance by separate personal counsel. Nonetheless, as the

president and principal working owner of Biringer Construction, Mr. Biringer has effectively

become the face and voice of the defendant Biringer Construction for purposes of the state court

actions and he is the designated representative of the company.

3.    In the course of discovery in the various state court actions it has come to light

that Mr. Biringer was involved in a certain federal court matter relating to his business as alluded

to by the Petitioner.

1

4.      A discovery impasse was first reached in December of 2008 during the course of Mr. Biringer's discovery deposition when he was asked questions relating to the employment and immigration status of some of his current or former employees. This testimony was objected to by counsel for Biringer Construction on the grounds of relevance and also for fear of being in violation of certain legal agreements and orders of this Court.

5.      In addition to the deposition objections, additional objections have been lodged to various written discovery requests made to Biringer Construction requesting the same or similar information in response to interrogatories and requests for production of documents.

6.      All of these objections were made after consultation with both civil and criminal counsel.  Mr. Biringer fears that answering such discovery will potentially expose him to civil and/or criminal sanctions to include fine or imprisonment and desires that this Court provide such clarification and guidance on the matter as it can so as to allow him to comply in a timely manner with the Order of Judge Taylor of the Circuit Court of the City of Richmond.

7.      Upon review of the various discovery requests and the Motion and Memorandum filed on behalf of the Plaintiff in this Court, Mr. Biringer suggests that both the scope of the requested information and the requested information itself as set forth in those pleadings has significantly exceeded the original questions asked of him at the deposition and the individual written discovery requests themselves and he asks that any Order entered by this Court not exceed the scope of the Order entered by the Richmond Circuit Court.

8.      Mr. Biringer notes further that Paragraph 1 of the plaintiff's Memorandum apparently seeks to have this Court enter a ruling mandating or prohibiting specific actions by him, presupposes an improper motive on his part in seeking to avoid supplying the contested discovery answers, and essentially asks this Court to render a discovery ruling on the particulars

of the state court action rather than rule whether or how much to unseal a particular file and what areas of general inquiry Mr. Biringer may safely respond to without fear of penalty for violating an order of this or another Court.

9.    Without admitting the truth of the contents of either Petitioner's Motion or Memorandum, either factually or by way of argument, Biringer Construction and Mr. Biringer pray that this Court enter no Order to its or his detriment and request this Court provide a written opinion or written Order which can be presented to the judge of the Richmond Circuit Court.

Respectfully submitted,

R.J. BIRINGER CONSTRUCTION CO., INC.

By: _____/s/_____

Counsel

Mark C. Nanavati, Esquire  (VSB #38709)
S. Michael Glass, Esquire (VSB# 15002)
Attorney for Respondent R.J. Biringer Construction Co., Inc.
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 378-7600
(804) 378-2610 (fax)
mnanavati@snllaw.com
sglass@snllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Craig B. Davis, Esquire
EMROCH & KILDUFF, LLP
3600 West Broad Street, Suite 700
P. O. Box 6856
Richmond, Virginia 23230-0856
cdavis@emrochandkilduff.com

*Counsel for Petitioner Tyquan Shearin*


E. Lewis Kincer, Jr., Esquire
Macaulay & Burtch, P.C.
1015 East Main Street, Second Floor
Richmond, Virginia 23219
LKincer@macbur.com
*Counsel for First Liberty Insurance Corp.*


And, I hereby certify that I will mail the document by U.S. Mail to the following non-filing users:

Charles H. Cuthbert, Jr., Esquire
Cuthbert Law Offices
A Professional Corporation
220 North Sycamore Street
Petersburg, Virginia  23803-3228
*Counsel for Petitioners Ragsdale and Jones*

Henry M. Massie, Jr., Esquire
Taylor & Walker, P.C.
P.O. Box 6649
Richmond, Virginia  23230
*Counsel for Erie Insurance Exchange*

Jennifer Lee Parrish, Esquire
Parrish, Houck & Snead, PLC
P.O. Box 7166
Fredericksburg, Virginia  22404
*Counsel for Defendant Garcia-Hernandez*

Jayne B. Randall, Esquire
GEICO Insurance Companies
301 Concourse Blvd, Suite 330
Glen Allen, VA 23059
*Counsel for GEICO*

John Gilbody, Esquire
Geoffrey R. McDonald & Associates
3315 West Broad Street
Richmond, Virginia  23230
*Counsel for Mark Johnson*

4

Trent S. Kerns, Esquire
Allen, Allen, Allen & Allen
9509 Hull Street Road
Richmond, Virginia  23236
*Counsel for Victoria Delaney*

Sara E. Chase, Esquire
Assistant U.S. Attorney
U.S. Department of Justice
1800 East Main Street Centre
600 East Main Street
Richmond, Virginia 23219


_____/s/_____

Mark C. Nanavati, Esquire  (VSB #38709)
S. Michael Glass, Esquire (VSB# 15002)
Attorney for Respondent R.J. Biringer Construction Co., Inc.
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 378-7600
(804) 378-2610 (fax)
mnanavati@snllaw.com
sglass@snllaw.com